# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JURLEAN L. HORTON  
715 WOODLAWN AVENUE  
ROCKFORD, IL  61103  

SSN-xxx-xx-0718

Case Number: 05-73700

Case filed on: 7/22/2005  
Plan Confirmed on: 1/9/2006  

D Dismissed

Total funds received and disbursed pursuant to the plan: $15,484.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 3,490.86 | 3,490.86 | 3,490.86 | 0.00 |
|  | Total Legal | 3,490.86 | 3,490.86 | 3,490.86 | 0.00 |
| 002 | CENTEX HOME EQUITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 201 | AMERICREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 202 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JURLEAN L. HORTON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICREDIT | 14,695.33 | 14,695.33 | 7,297.19 | 1,362.95 |
| 003 | NATIONSTAR MORTGAGE LLC | 19,074.48 | 2,372.40 | 2,372.40 | 0.00 |
|  | Total Secured | 33,769.81 | 17,067.73 | 9,669.59 | 1,362.95 |
| 004 | DR. JAMIL HUSSAIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | PAIN MANAGEMENT OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ROCKFORD MERCANTILE AGENCY INC | 1,003.09 | 1,003.09 | 0.00 | 0.00 |
| 007 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CHECK IT | 529.90 | 529.90 | 0.00 | 0.00 |
|  | Total Unsecured | 1,532.99 | 1,532.99 | 0.00 | 0.00 |
|  | Grand Total: | 38,793.66 | 22,091.58 | 13,160.45 | 1,362.95 |

Total Paid Claimant:    $14,523.40  
Trustee Allowance:    $960.60  
Percent Paid Unsecured:    0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009           By  /s/Heather M. Fagan